

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00856-CV

**IN THE INTEREST OF A.R.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02727
Honorable Richard Price, Judge Presiding

Opinion by:      Rebeca C. Martinez, Justice

Sitting:          Karen Angelini, Justice
                 Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice

Delivered and Filed:  April 23, 2014

AFFIRMED

This is an appeal from the trial court's order terminating appellant's parental rights to A.R. Appellant's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Counsel concludes that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights) (mem. op.); *see also In re K.M.*, 98 S.W.3d 774, 775 (Tex. App.—Fort Worth 2003, order) (same).

Counsel certified that a copy of the brief was delivered to appellant who was advised of her right to examine the record and to file a *pro se* brief. No *pro se* brief has been filed. After reviewing the record, we agree that the appeal is frivolous and without merit. The order of the trial court is therefore affirmed, and counsel's motion to withdraw is granted.

Rebeca C. Martinez, Justice